An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

ANTHONY DEWANE BAILEY,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
VALERIE ADAIR, DISTRICT JUDGE,
Respondents,
and
LAS VEGAS METROPOLITAN POLICE
DEPARTMENT FORENSIC
LABORATORY,
Real Party in Interest.

No. 65746

FILED

JUL 21 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

*ORDER DISMISSING PETITION FOR WRIT OF MANDAMUS*

This is an original proper person petition for a writ of mandamus challenging the district court's failure to resolve a motion for default judgment.[1]

Since the filing of this petition, the district court has dismissed the entirety of petitioner's underlying complaint with prejudice, and petitioner has now appealed that determination in *Bailey v. Clark Cty.*, Docket No. 65913. This court's duty is "to resolve actual controversies by an enforceable judgment" and "not to render advisory opinions." *See Personhood Nev. v. Bristol*, 126 Nev. ___, ___, 245 P.3d 572, 574 (2010). Thus, as a result of the dismissal of the complaint below, this petition, which seeks a default judgment in petitioner's favor as to his

---

[1]We direct the clerk of this court to conform the caption in this proceeding to the caption in this order.

SUPREME COURT
OF
NEVADA

(O) 1947A

14-23595

claims against real party in interest in the case below, has become moot. *See id.* (recognizing that subsequent events may render a once live controversy moot). Accordingly, we dismiss the petition. *See id.*; NRAP 21(b)(1).

It is so ORDERED.[2]

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Saitta

cc:    Hon. Valerie Adair, District Judge
Anthony Dewane Bailey
Attorney General/Carson City
Eighth District Court Clerk

---

[2]On July 14, 2014, petitioner filed a document entitled "Notice of Appeal/Designation of Record" in this court. In light of this order, no action need be taken on that document.